
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 5/18/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 02-60051-001 |
| VERSUS | ) JUDGE HAIK |
| LARRY JOUBERT | ) MAGISTRATE JUDGE METHVIN |

### ORDER

Considering the foregoing Motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure filed by the government and the facts contained therein,

IT IS HEREBY ORDERED that the motion is granted and a hearing is scheduled for the 13th day of June, 2006 at 10:00 a.m./p.m. to allow the government to make a showing of the nature and extent of the assistance provided by the defendant.

THUS DONE AND SIGNED this 15th day of May, 2006 in Lafayette, Louisiana.

_____
RICHARD T. HAIK
Chief Judge - United States District Court

COPY SENT
DATE 5/18/06
BY
TO RTH
bB
CB
MT
USM